

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Joseph Sheldon Hood,          * From the 350th District Court
                                               of Taylor County
                                               Trial Court No. 11548-D.

Vs. No. 11-16-00173-CR           * August 3, 2017

The State of Texas,                   * Memorandum Opinion by Willson, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.